UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RAPID PAY, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-52 (RWR) |
| ) | |
| **ROBERTO DONNA,** ) | |
| ) | |
| Defendant. ) | |

### ORDER TO SHOW CAUSE

Plaintiff is directed to show cause in writing by February 3, 2006, why this action should not be referred to a bankruptcy court for determination as either a core proceeding in bankruptcy under 28 U.S.C. § 157(b)(2)(I), or a matter related to a bankruptcy case under 28 U.S.C. § 157(c).

SIGNED this 24th day of January, 2006.

                                                            /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge