**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ──────────────────────── ) | | |
| RAPID PAY, LLC, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
|   v. | ) | Civil Action No. 06-52 (RWR) |
| | ) | |
| ROBERTO DONNA, | ) | |
| | ) | |
|      Defendant. | ) | |
| ──────────────────────── ) | | |

**REFERRAL TO BANKRUPTCY COURT**

Plaintiff was directed to show cause in writing by February 3, 2006, why this action should not be referred to a bankruptcy court for determination as either a core proceeding in bankruptcy under 28 U.S.C. § 157(b)(2)(i), or a matter related to a bankruptcy case under 28 U.S.C. § 157(c).  Plaintiff has not responded.  Accordingly, pursuant to 28 U.S.C. § 157 and DCt.LBR 5011-1, it is hereby

ORDERED that this action be, and hereby is, referred to the United States Bankruptcy Court for the District of Columbia for determination as a core proceeding as that term is defined in 28 U.S.C. § 157(b)(2)(i).

SIGNED this 22nd day of February, 2006.

/s/
──────────────────────
RICHARD W. ROBERTS
United States District Judge